# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO.: 14-14970-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

MARK JOHN EWALD
XXX-XX-1160

____DEBTOR_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$2,018.96** remaining in her bank account which represents unpresented checks drawn and mailed to debtor pursuant to the final distribution under U.S.C. 726, 1226, or 1326 in a case under the Chapter 13 in the above-named case. The Trustee has made a good faith effort to verify the correct mailing address for said entities and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Deposit of Funds was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 26th day of June, 2019.

_/s/ Robin R. Weiner_
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MARK JOHN EWALD
5201 NW 89TH DRIVE
POMPANO BEACH, FL  33067

**ATTORNEY FOR DEBTOR**
WINSTON I. CUENANT, ESQUIRE
2550 N. FEDERAL HIGHWAY
SUITE 10
FORT LAUDERDALE, FL  33305

ATTACHMENT

# NOTICE OF DEPOSIT OF FUNDS WITH
# THE UNITED STATES BANKRUPTCY COURT CLERK

## ATTACHMENT - LISTING OF CLAIMANT

**CASE NO.: 14-14970-BKC-RBR**

CLAIMANT:  MARK JOHN EWALD
5201 NW 89TH DRIVE
POMPANO BEACH, FL  33067